# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

EMMANUEL N. LAZARIDIS,      )
                                  )

        **Plaintiff,**        )
                                  )

        v.                  )    Civ. Action No. 09-1177 (RMC)
                                  )

UNITED STATES           )
DEPARTMENT OF JUSTICE *et al.*,  )
                                  )

        **Defendants.**      )

## MEMORANDUM OPINION

Pending before the Court is the Department of Justice's ("DOJ") Motion for Summary Judgment [Doc. #72] filed on May 18, 2011. By Order of May 19, 2011, plaintiff Emmanuel N. Lazaridis was given until July 21, 2011, to oppose DOJ's motion and was advised that his failure to do so by that deadline could result in the Court's treating the motion as conceded and entering judgment for DOJ. *See* Order [Doc. #73]. The Court twice granted Mr. Lazaridis' motions to enlarge the time to file his response; the latest deadline was December 27, 2011. *See* Minute Order (Nov. 7, 2011).

Mr. Lazaridis has not opposed DOJ's summary judgment motion and he has not sought additional time to do so. The Court therefore will grant DOJ's motion as conceded. *See In re Miller*, No. 03-7146, 2004 WL 963819 (D.C. Cir. May 4, 2004) (in managing its docket under the circumstances presented, "the court may choose to . . . resolve the motion for summary judgment on the merits without an opposition . . . or [] treat summary judgment as conceded."); *FDIC v. Bender*, 127 F.3d 58, 68 (D.C. Cir. 1997) (finding no abuse of discretion in Court's

enforcement of local rule by "treat[ing] the FDIC's motion for summary judgment as conceded").

A separate, final order accompanies this Memorandum Opinion.[1]


Date:   February 2, 2012                         _____/s/_____
                                                ROSEMARY M. COLLYER
                                                United States District Judge

---

[1] The Court previously dismissed the complaint against all other defendants. *See* Order (May 26, 2010) [Doc. #39] (dismissing complaint against the National Center for Missing and Exploited Children and the International Centre for Missing and Exploited Children).